# EXHIBIT A

**IN THE COURT OF COMMON PLEAS OF ALLEGHENY COUNTY, PENNSYLVANIA**

JASON VERIABO,

*Plaintiff*,

vs.

ALLY FINANCIAL, INC.,

*Defendant*.

CIVIL DIVISION

**ELECTRONICALLY FILED**

Case No. GD-20-012346

**COMPLAINT IN CIVIL ACTION**

Filed on Behalf of Plaintiff:
Jason Veriabo

Counsel of Record for This Party:

**J. P. WARD & ASSOCIATES, LLC**

Joshua P. Ward
Pa. I.D. No. 320347

John V. Moore
Pa. I.D. No. 87333

The Rubicon Building
201 South Highland Avenue
Suite 201
Pittsburgh, PA  15206

Telephone:     (412) 545-3015
Fax:              (412) 540-3399
E-mail:          jward@jpward.com

## **NOTICE TO DEFEND**

**YOU HAVE BEEN SUED IN COURT.** If you wish to defend against the claims set forth in the following pages, you must take action within twenty (20) days after this Complaint and Notice are served, by entering a written appearance personally or by attorney and filing in writing with the court your defenses or objections to the claims set forth against you. You are warned that if you fail to do so the case may proceed without you and a judgment may be entered against you by the court without further notice for any money claimed in the Complaint or for any other claim or relief requested by the Plaintiff. You may lose money or property or other rights important to you.

YOU SHOULD TAKE THIS PAPER TO YOUR LAWYER AT ONCE. If you do not have a lawyer, go to or telephone the office set forth below. This office can provide you with information about hiring a lawyer. IF YOU CANNOT AFFORD TO HIRE A LAWYER, this office may be able to provide you with information about agencies that may offer legal service to eligible persons at a reduced fee or no fee:

LAWYER REFERRAL SERVICE
11TH FLOOR KOPPERS BUILDING,
436 SEVENTH AVENUE
PITTSBURGH, PENNSYLVANIA 15219
TELEPHONE: (412) 261-5555

**HEARING NOTICE YOU HAVE BEEN SUED IN COURT.** The above Notice to Defend explains what you must do to dispute the claims made against you. If you file the written response referred to in the Notice to Defend, a hearing before a board of arbitrators will take place in the Compulsory Arbitration Center. Report to the Arbitration Assembly Room, Courtroom Two, Seventh Floor City-County Building, 414 Grant Street, Pittsburgh, Pennsylvania 15219, on _____, 2022 at 9:00 A.M.

IF YOU FAIL TO FILE THE RESPONSE DESCRIBED IN THE NOTICE TO DEFEND, A JUDGMENT FOR THE AMOUNT CLAIMED IN THE COMPLAINT MAY BE ENTERED AGAINST YOU BEFORE THE HEARING. DUTY TO APPEAR AT ARBITRATION HEARING IF ONE OR MORE OF THE PARTIES IS NOT PRESENT AT THE HEARING, THE MATTER MAY BE HEARD AT THE SAME TIME AND DATE BEFORE A JUDGE OF THE COURT WITHOUT THE ABSENT PARTY OR PARTIES. THERE IS NO RIGHT TO A TRIAL DE NOVO ON APPEAL FROM A DECISION ENTERED BY A JUDGE.

NOTICE: You must respond to this complaint within twenty (20) days or a judgment for the amount claimed may be entered against you before the hearing. If one or more of the parties is not present at the hearing, the matter may be heard immediately before a judge without the absent party or parties. There is no right to a trial de novo on appeal from a decision entered by a judge.

**IN THE COURT OF COMMON PLEAS OF ALLEGHENY COUNTY, PENNSYLVANIA**

JASON VERIABO,

   *Plaintiff*,

   vs.

ALLY FINANCIAL, INC.,

   *Defendant*.

CIVIL DIVISION

**ELECTRONICALLY FILED**

Case No. GD-20-012346

## COMPLAINT IN CIVIL ACTION

AND NOW, comes Plaintiff, Jason Veriabo, by and through the undersigned counsel, J.P. Ward & Associates, LLC and, specifically, Joshua P. Ward, Esquire, who files the within Complaint in Civil Action against Defendant Ally Financial Inc., of which the following is a statement:

## PARTIES

1.  Plaintiff, Jason Veriabo (hereinafter "Jason Veriabo"), is an adult individual who currently resides at 207 N. Bishop Avenue, Clifton Heights, Pennsylvania 19018.

2.  Defendant, Ally Financial Inc., (hereinafter "Ally Financial"), is a corporation with its principal place of business located at 500 Woodward Avenue, Detroit, Michigan 48226.

## JURISDICTION AND VENUE

3.  Jurisdiction is proper as Plaintiff brings this lawsuit under the Fair Credit Reporting Act ("FCRA"), 15 U.S.C.A. § 1681, *et seq*.

4.  Venue is proper pursuant to Pa.R.C.P. 2179(a)(2) because Defendant regularly conducts business in Allegheny County, Pennsylvania and because Defendant is subject to general jurisdiction of Allegheny County, Pennsylvania.

2

## PROCEDURAL HISTORY AND FACTUAL ALLEGATIONS

5.      On October 18, 2018, Ally Financial, filed a Civil Complaint against Jason Veriabo in Magisterial District Court at Docket Number: MJ-32252-CV-0000254-2018. A true and correct copy of the Docket is attached hereto, made a part hereof, and marked as Exhibit "A".

6.      In response to the aforesaid lawsuit, Jason Veriabo engaged The Law Firm of Fenters Ward n/k/a J.P. Ward & Associates, LLC for representation.

7.      On November 19, 2019, The Law Firm of Fenters Ward served Ally Financial with a letter, (hereinafter, the "First Dispute Letter") wherein Ally Financial was informed of the disputed nature regarding the alleged debt and that Jason Veriabo was represented by counsel. A true and correct copy of the First Dispute Letter is attached hereto, made a part hereof, and marked as Exhibit "B".

8.      This First Dispute Letter stated that Jason Veriabo "denie[d] owing Ally Financial Inc. any amount of money" and informed Ally Financial that Jason Veriabo disputed any and all "Debts" Ally Financial claimed to possess. See Exhibit "B".

9.      "Debts" as defined within the First Letter of Dispute delineated and included "any related debt(s) and/or credit account(s) your company [Ally Financial] claims to have, sold, purchased and/or assigned from yourself, another creditor, debt buyer or other entity as of the date of this letter. See Exhibit "B".

10.     Furthermore, Ally Financial was directed to cease and desist from contacting Jason Veriabo directly. See Exhibit "B".

11.     On November 19, 2018, The Law Firm of Fenters Ward filed an Entry of Appearance and an Intent to Defend on Jason Veriabo's behalf. True and correct copies of the

Entry of Appearance and Notice of Intent to Defend are attached hereto, made a part hereof, and marked as Exhibit "C".

12.    On December 12, 2018, a Civil Action Hearing was held before the Honorable Kelly A. Micozzie-Aguirre, Magisterial District Judge. See Exhibit "A".

13.    On December 12, 2018, at the conclusion of the Civil Action hearing, Judge Kelly A. Micozzie-Aguirre granted a DEFAULT JUDGMENT FOR DEFENDANT in favor of Jason Veriabo and against Ally Financial. A true and correct copy of the Notice of Judgment is attached hereto, made a part hereof, and marked as Exhibit "D".

14.    On January 14, 2019, Ally Financial's appeal period expired, making Judge Kelly A. Micozzie-Aguirre's judgment a final judgment: rendering the alleged debt extinguished and unenforceable.

15.    On September 16, 2019, The Law Firm of Fenters Ward sent Notices of Dispute of Trade Line letters to Equifax, Experian, and TransUnion regarding the trade line associated with the aforementioned alleged and extinguished debt. True and correct copies of the letters are attached hereto, made a part hereof, and marked as Exhibit "E".

16.    On October 12, 2019, Ally Financial willfully caused false and inaccurate information about Jason Veriabo to be furnished to Transunion when Ally Financial reported the alleged and extinguished debt as "REMARKS: DISP INVG. COMP-CONSUM DIASGRS; >SETTLED-LESS THAN FULL BLNC<; >PAID IN FULL/ WAS A CHARGE OFF<" in violation of § 1681s-2b(1(E)(ii) of the FCRA. A true and correct copy of the trade line is attached hereto, made a part hereof, and marked as Exhibit "F".

17.    On October 12, 2019, Ally Financial willfully caused false and inaccurate information about Jason Veriabo to be furnished to Equifax and Transunion when Ally Financial

4

failed to remove the trade line pertaining to the alleged and extinguished debt: in violation of §

1681s-2(b)(1)(E)(ii) of the FCRA.

**COUNT I**
**VIOLATIONS OF THE FCRA, 15 U.S.C.A. § 1681, *et seq.***

18.     Plaintiff incorporates the allegations contained in the paragraphs, above, as if fully

set forth at length herein.

19.     Jason Veriabo is a "consumer" as defined by § 1681a(c) of the FCRA. 15 U.S.C.A.

§ 1681a(c).

20.     Ally Financial are "persons" as defined by § 1681a(b) of the FCRA. 15 U.S.C.A. §

1681a(b).

21.     Section 1681s-2(b)(1) of the FCRA provides:

> After receiving notice pursuant to section 1681i(a)(2) of this title of
> a dispute with regard to the completeness or accuracy of any
> information provided by a person to a consumer reporting agency,
> the person shall: (A) conduct an investigation with respect to the
> disputed information;
> (B) review all relevant information provided by the consumer
> reporting agency pursuant to section 1681i(a)(2) of this title; (C)
> report the results of the investigation to the consumer reporting
> agency; (D) if the investigation finds that the information is
> incomplete or inaccurate, report those results to all other consumer
> reporting agencies to which the person furnished the information
> and that compile and maintain files on consumers on a nationwide
> basis; and (E) if an item of information disputed by a consumer is
> found to be inaccurate or incomplete or cannot be verified after any
> reinvestigation under paragraph (1), for purposes of reporting to a
> consumer reporting agency only, as appropriate, based on the results
> of the reinvestigation promptly--(i) modify that item of information;
> (ii) delete that item of information; or (iii) permanently block the
> reporting of that item of information.

15 U.S.C.A. § 1681s-2(b)1.

22.     On September 16, 2019, The Law Firm of Fenters Ward sent Notices of Dispute of Trade Line letters to Equifax, Experian, and TransUnion regarding the trade line associated with the aforementioned alleged and extinguished debt. See Exhibit "E".

23.     On October 12, 2020, Ally Financial willfully caused false and inaccurate information about Jason Veriabo to be furnished to Transunion when Ally Financial reported the alleged and extinguished debt as "REMARKS: DISP INVG. COMP-CONSUM DIASGRS; >SETTLED-LESS THAN FULL BLNC<; >PAID IN FULL/ WAS A CHARGE OFF<" in violation of § 1681s-2b(1)(E)(ii) of the FCRA. See Exhibit "F".

24.     Ally Financial failed to delete the trade line associated with the alleged and extinguished debt upon its extinguishment and unenforceability and failure to do so violated § 1681s-b(1)(E)(ii). This failure comes after a notification of its duty to do so under § 1681i(a)(2).

25.     Section 1681n(a) of the FCRA provides:

> Any person who willfully fails to comply with any requirement imposed under this subchapter with respect to any consumer is liable to that consumer in an amount equal to the sum of--(1)(A) any actual damages sustained by the consumer as a result of the failure or damages of not less than $100 and not more than $1,000; or (B) in the case of liability of a natural person for obtaining a consumer report under false pretenses or knowingly without a permissible purpose, actual damages sustained by the consumer as a result of the failure or $1,000, whichever is greater;
> (2) such amount of punitive damages as the court may allow; and (3) in the case of any successful action to enforce any liability under this section, the costs of the action together with reasonable attorney's fees as determined by the court.

15 U.S.C.A. § 1681n(a).

26.     As a direct and proximate result of Ally Financial's violations of § 1681s-2(b)(1)(E) of the FCRA, Jason Veriabo has suffered annoyance, anxiety, embarrassment, emotional distress, and severe inconvenience.

WHEREFORE, Plaintiff, Jason Veriabo, respectfully requests that this Honorable Court enter judgment in their favor and against Defendant, Ally Financial Inc., and enter an award of monetary damages as described herein, not in excess of arbitration limits, including an award for actual damages, statutory damages pursuant to 15 U.S.C.A. § 1681n(a), costs and attorney's fees pursuant to 15 U.S.C.A. § 1681n(a), and such other and further relief as this Honorable Court deems just and proper.

**JURY TRIAL DEMANDED UPON APPEAL OR REMOVAL.**

Respectfully submitted,

**J. P. WARD & ASSOCIATES, LLC**

Date: February 11, 2022

By: _____

Joshua P. Ward (Pa. I.D. No. 320347)
John V. Moore (Pa. I.D. No. 87333)

The Rubicon Building
201 South Highland Avenue
Suite 201
Pittsburgh, PA 15206

Counsel for Plaintiff

7

## **VERIFICATION**

I, JOSHUA P. WARD, ESQ., have read the foregoing COMPLAINT and verify that the statements therein are correct to the best of my personal knowledge, information, and/or belief. I have gained this information from discussions with Plaintiff. This verification is made on behalf of Plaintiff. Plaintiff will produce their verification if/when there is an objection by Defendant or upon directive from the court.

I understand that this verification is made subject to the penalties of 18 Pa. C.S.A. 4904 relating to unsworn falsification to authorities, which provides that if I knowingly make false averments, I may be subject to criminal penalties.

Respectfully submitted,

**J.P. WARD & ASSOCIATES, LLC**

Date: February 11, 2022

By: _____

Joshua P. Ward (Pa. I.D. No. 320347)
John V. Moore (Pa. I.D. No. 87333)

The Rubicon Building
201 South Highland Avenue
Suite 201
Pittsburgh, PA 15206

Counsel for Plaintiff

8

EXHIBIT A

# Magisterial District Judge 32-2-52

## DOCKET

Docket Number: MJ-32252-CV-0000254-2018

### Civil Docket

ALLY FINANCIAL INC.
v.
Jason  Veriabo

Page 1 of 2

### CASE INFORMATION

| | | | |
|---|---|---|---|
| Judge Assigned: | Kelly A. Micozzie-Aguirre | File Date: | 10/18/2018 |
| Claim Amount: | $7,731.28 | Case Status: | Closed |
| Judgment Amount: | | County: | Delaware |

### CALENDAR EVENTS

| Case Calendar Event Type | Schedule Start Date | Start Time | Room | Judge Name | Schedule Status |
|---|---|---|---|---|---|
| Civil Action Hearing | 12/05/2018 | 1:00 pm | | Kelly A. Micozzie-Aguirre | Scheduled |

### CASE PARTICIPANTS

| Participant Type | Participant Name | Address |
|---|---|---|
| Defendant | Veriabo, Jason | Clifton Heights, PA 19018 |
| Plaintiff | ALLY FINANCIAL INC. | DETROIT, MI 48226 |

### DISPOSITION SUMMARY

| Docket Number | Plaintiff | Defendant | Disposition | Disposition Date |
|---|---|---|---|---|
| MJ-32252-CV-0000254-2018 | ALLY FINANCIAL INC. | Jason  Veriabo | Default Judgment for Defendant | 12/12/2018 |

### ATTORNEY INFORMATION

**Private**

Name:  Brian J Fenters, Esq.

Representing:  Veriabo, Jason

Counsel Status:  Active - Entry of Appearance

Supreme Court No.:  320202

Phone No.:  412-545-3016

Address:   201 S Highland Ave
Ste 201
Pittsburgh, PA  15206

Entry of Appearance Filed Dt:  11/19/2018

Withdrawal of Entry of Appearance Filed Dt:

**Private**

Name:  Attorney Michael F. Ratchford, Esq.

Representing:  ALLY FINANCIAL INC.

Counsel Status:  Active - Entry of Appearance

Supreme Court No.:  086285

Phone No.:  570-558-5510

Address:   Ratchford Law Group, PC
409 Lackawanna Ave Suite 320
Scranton, PA  18503

Entry of Appearance Filed Dt:  10/19/2018

Withdrawal of Entry of Appearance Filed Dt:

### DOCKET ENTRY INFORMATION

| Filed Date | Entry | Filer | Applies To |
|---|---|---|---|
| 12/12/2018 | Default Judgment for Defendant | Magisterial District Court 32-2-52 | Jason  Veriabo, Defendant |
| 11/19/2018 | Entry of Appearance Filed | Brian J Fenters, Esq. | Jason  Veriabo, Defendant |
| 11/19/2018 | Intent to Defend Filed | Jason  Veriabo | Jason  Veriabo, Defendant |
| 10/19/2018 | Restricted Certified Civil Action Hearing Notice Issued | Magisterial District Court 32-2-52 | Jason  Veriabo, Defendant |
| 10/19/2018 | Entry of Appearance Filed | Attorney Michael F. Ratchford, Esq. | ALLY FINANCIAL INC., Plaintiff |
| 10/18/2018 | Civil Complaint Filed | ALLY FINANCIAL INC. | |

MDJS 1200

Printed: 12/12/2018   5:33 pm

Recent entries made in the court filing offices may not be immediately reflected on these docket sheets . Neither the courts of the Unified Judicial System of the Commonwealth of Pennsylvania nor the Administrative Office of Pennsylvania Courts assumes any liability for inaccurate or delayed data , errors or omissions on these docket sheets.  You should verify that the information is accurate and current by personally consulting the official record reposing in the court wherein the record is maintained.

# Magisterial District Judge 32-2-52

## DOCKET

Docket Number: MJ-32252-CV-0000254-2018

# Civil Docket

ALLY FINANCIAL INC.
v.
Jason  Veriabo

Page 2 of 2

Recent entries made in the court filing offices may not be immediately reflected on these docket sheets . Neither the courts of the Unified Judicial System of the Commonwealth of Pennsylvania nor the Administrative Office of Pennsylvania Courts assumes any liability for inaccurate or delayed data , errors or omissions on these docket sheets.  You should verify that the information is accurate and current by personally consulting the official record reposing in the court wherein the record is maintained.

# EXHIBIT B



THE LAW FIRM OF
# FENTERS WARD
A I M   T O   W I N

BRIAN FENTERS, ESQ.
JOSHUA WARD, ESQ.

MANAGING PARTNERS

201 SOUTH HIGHLAND AVE., SUITE 201
PITTSBURGH, PA 15206

412-545-3016 OFFICE
412-540-3399   FAX

November 19, 2018

Ally Financial Inc.
c/o Attorney Michael F. Ratchford, Esq.
Ratchford Law Group, PC
409 Lackawanna Avenue, Suite 320
Scranton, PA   18503

**Sent via U.S. Mail**

Re:   Our Client:        JASON VERIABO
       Docket Number:     MJ-32252-CV-0000254-2018
       Account #'s:       xxx

To Whom It May Concern:

Please accept this letter as confirmation of my representation of **JASON VERIABO** with a current address of **207 N Bishop Ave. Clifton Heights, PA 19018.** My representation of the above-mentioned client includes any related debt(s) and/or credit account(s) your company claims to have, sold, purchased and/or assigned from yourself, another creditor, debt buyer or other entity as of the date of this letter (the "Debts"). Please cease and desist any further communications with my client as it relates to the collection of Debts.

According to my client, your company has been reporting the above-referenced accounts to collection and/or credit agencies. My client denies owing **Ally Financial Inc.** any amount of money and demands proof of liability, accounting and ownership of these alleged accounts. The proof shall include any agreements and any amendments thereto, any other written or signed documents agreed to by my client, as well as, a complete history of billing statements reflecting how you calculated the current amount claimed, owed, reported to the collection and/or credit agencies and complete copies of any assignment documentation evidencing your ownership rights to the specific accounts.

Pursuant to the Consumer Financial Protection Act (**CFPA**) 12 U.S.C. 5533(a) and the Fair Debt Collection Practices Act (**FDCPA**) 15 U.S.C. § 1692 et seq. we request that you provide additional documents related to the Debt you claim is owed by our client:

1. the original account-level documentation reflecting all purchases, payments, or other actual uses of the account;

2. a document signed by our client evidencing the opening of the account forming the basis for the debt;

3. the name of the creditor at the time of charge-off, including the name under which the creditor did business with our client;

4. the last four digits of the account number associated with the debt at the time our client's last monthly account statement, or, if not available, at the time of charge-off; the charge-off balance;

5. ***ALLY FINANCIAL, INC.*** method of calculating any amount claimed in excess of the charge-off balance;

6. a copy of the statement where ***ALLY FINANCIAL INC.*** offered to provide our client (within 30 days of a written request) with copies of a document signed by our client evidencing the opening of the account forming the basis for the debt; and the original account-level documentation reflecting a purchase, payment, or other actual use of the account.

Please be advised that at all times relative hereto, we are disputing this debt under the FDCPA, FCEUA and/or the UTPCPL. **AS SUCH YOU MUST 1) NOTIFY ANY CRAs YOU HAVE FURNISHED INFORMATION TO THAT THIS TRADE LINE IS DISPUTED; 2) UPON DISMISSAL OF THE CASE, OR DISCHARGE, CEASE AND DESIST COLLECTION ATTEMPTS OR REPORTING THIS DEBT TO CREDIT AGENCIES.** You may direct the requested proof to my office at the address listed above. **YOU HAVE THIRTY (30) DAYS TO PROVIDE THE REQUESTED PROOFS.** All future correspondence or contact shall be directed to my office until my office provides written confirmation of termination of legal representation, if such termination should ever occur. **YOU MUST PROVIDE THIS NOTICE TO ANY ASSIGNEE, TRANSFEREE OR SUBSEQUENT OWNER OF THIS OR ANY DEBT. IF YOU FAIL IN ANY OF THESE REGARDS, YOU WILL BE SUBJECT TO LIABILITY UNDER FEDERAL AND STATE CONSUMER PROTECTION LAWS.**

Very Truly Yours,

***/s/ Joshua P Ward, Esq.***

Joshua P. Ward, Esq.
Direct Dial: (412) 545-3015
Email: jward@fentersward.com

JPW/mh
cc: JASON VERIABO

# Firm Mailing Book For Accountable Mail

UNITED STATES
POSTAL SERVICE®

Address of Sender

**Check type of mail or service**
☐ Adult Signature Required          ☐ Priority Mail Express
☐ Adult Signature Restricted Delivery  ☐ Registered Mail
☐ Certified Mail                    ☐ Return Receipt for
☐ Certified Mail Restricted Delivery    Merchandise
☐ Collect on Delivery (COD)         ☐ Signature Confirmation
☐ Insured Mail                      ☐ Signature Confirmation
☐ Priority Mail                       Restricted Delivery

**Affix Stamp Here**
(for additional copies of this receipt).
Postmark with Date of Receipt.

| USPS Tracking/Article Number | Addressee (Name, Street, City, State, & ZIP Code™) | Postage | (Extra Service) Fee | Handling Charge | Actual Value if Registered | Insured Value | Due Sender if COD | ASR Fee | ASRD Fee | RD Fee | RR Fee | SC Fee | SCRD Fee | SH Fee |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 3. Jason Verinbo CV-254 1st dispute letter | Ally Financial Inc. c/o M. Batchford Esq. Reichford Law Group P.C. 409 Lackawanna Ave Ste. 320 Scranton, PA 18503 | | | | | | | | | | | | | |
| 4. | | | | | | | | | | | | | | |
| 5. | | | | | | | | | | | | | | |
| 6. | | | | | | | | | | | | | | |
| 7. | | | | | | | | | | | | | | |
| 8. | | | | | | | | | | | | | | |

Handling Charge – if Registered and over $50,000 in value

| Total Number of Pieces Listed by Sender | Total Number of Pieces Received at Post Office | Postmaster, Per (Name of receiving employee) |
|---|---|---|
| | | [signature] |

Complete in Ink

PS Form **3877**, January 2017 (Page 1 of 2)
PSN 7530-02-000-9098

Privacy Notice: For more information on USPS privacy policies, visit usps.com/privacypolicy.

# EXHIBIT C

**COMMONWEALTH OF PENNSYLVANIA**
COUNTY OF: Delaware

**ENTRY OF APPEARANCE**
**PURSUANT TO Pa.R.C.P.M.D.J. NO. 207.1(A)**

Magisterial District Number: 32-2-52

MDJ Name: Hon. Kelly A. Micozzie-Aguirre

Address: 409 Ashland Ave. Suite 1
Secane, PA 19018

Telephone: (610) 622-8102

SENT VIA: Fax: 610-622-8105

DATE: 11/19/2018

PLAINTIFF:          NAME and ADDRESS

ALLY FINANCIAL, LLC

VS.

DEFENDANT:          NAME and ADDRESS

Jason Veriabo

Docket No.: MJ-32252-0000254-18

Date Filed: 10/18/2018

**TO THE MAGISTERIAL DISTRICT COURT:**

Please enter my appearance on behalf of Defendant Jason Veriabo
in the above captioned matter.

Attorney Name: Brian J. Fenters

Supreme Court of Pennsylvania Attorney Identification Number: 320202

Firm Name: The Law Firm of Fenters Ward

Address: 201 South Highland Ave., Suite 201

City, ST, ZIP: Pittsburgh, PA 15206

Telephone Number: 412-545-3016

AOPC 318-09



THE LAW FIRM OF
# FENTERS WARD
A I M   T O   W I N

BRIAN FENTERS, ESQ.
JOSHUA WARD, ESQ.

MANAGING PARTNERS

412-545-3016 OFFICE
412-540-3399    FAX

201 SOUTH HIGHLAND AVE., SUITE 201
PITTSBURGH, PA 15206

November 19, 2018

Magisterial District Number: 32-2-52

Honorable Kelly A. Micozzie-Aguirre

409 Ashland Ave. Suite 1

Secane, PA 19018

610-622-8102

**Sent via:** Fax 610-622-8105

RE:      **CV-254-2018. ALLY FINANCIAL, INC. v Jason Veriabo**

## INTENT TO DEFEND NOTICE:

DEFENDANT INTENDS TO ENTER A DEFENSE. PLEASE CONSIDER THIS NOTICE PER Pa. R. Civ. P. MAG DIST J RULE 305(4)(a).

PLEASE NOTIFY THE PLAINTIFF THAT DEFENDANT HAS ENTERED NOTICE TO DEFEND PER Pa. R. Civ. P. MAG DIST J RULE 318.

ALSO, PLEASE UPDATE THE DOCKECT TO SHOW THAT DEFENDANT INTENDS TO DEFEND AS WELL AS OUR ENTRY OF APPEARANCE.

Sincerely,

*/s/ Brian Fenters*

Brian J. Fenters, Esq.
bfenters@fentersward.com
PA Bar# 320202
412-545-3016

BF/mh
CC: Jason Veriabo

# EXHIBIT D

COMMONWEALTH OF PENNSYLVANIA
COUNTY OF DELAWARE



**NOTICE OF JUDGMENT/TRANSCRIPT
CIVIL CASE**

| | |
|---|---|
| Mag. Dist. No: | MDJ-32-2-52 |
| MDJ Name: | Honorable Kelly A. Micozzie-Aguirre |
| Address: | 409 Ashland Avenue
Secane, PA  19018 |
| Telephone: | 610-622-8102 |

ALLY FINANCIAL INC.
v.
Jason  Veriabo

Brian J Fenters, Esq.
201 S Highland Ave
Ste 201
Pittsburgh, PA  15206

Docket No:   MJ-32252-CV-0000254-2018
Case Filed:  10/18/2018

---

## Disposition Details

**Disposition Summary** (cc - Cross Complaint)

| Docket No | Plaintiff | Defendant | Disposition | Disposition Date |
|---|---|---|---|---|
| MJ-32252-CV-0000254-2018 | ALLY FINANCIAL INC. | Jason  Veriabo | Default Judgment for Defendant | 12/12/2018 |

**Comments:**

ANY PARTY HAS THE RIGHT TO APPEAL WITHIN 30 DAYS AFTER THE ENTRY OF JUDGMENT BY FILING A NOTICE OF APPEAL WITH THE PROTHONOTARY/CLERK OF COURT OF COMMON PLEAS, CIVIL DIVISION.   YOU MUST INCLUDE A COPY OF THIS NOTICE OF JUDGMENT/TRANSCRIPT FORM WITH YOUR NOTICE OF APPEAL.

EXCEPT AS OTHERWISE PROVIDED IN THE RULES OF CIVIL PROCEDURE FOR MAGISTERIAL DISTRICT JUDGES, IF THE JUDGMENT HOLDER ELECTS TO ENTER THE JUDGMENT IN THE COURT OF COMMON PLEAS, ALL FURTHER PROCESS MUST COME FROM THE COURT OF COMMON PLEAS AND NO FURTHER PROCESS MAY BE ISSUED BY THE MAGISTERIAL DISTRICT JUDGE.

UNLESS THE JUDGMENT IS ENTERED IN THE COURT OF COMMON PLEAS, ANYONE INTERESTED IN THE JUDGMENT MAY FILE A REQUEST FOR ENTRY OF SATISFACTION WITH THE MAGISTERIAL DISTRICT JUDGE IF THE JUDGMENT DEBTOR PAYS IN FULL, SETTLES, OR OTHERWISE COMPLIES WITH THE JUDGMENT.

12/12/18
_____
Date

_Kelly A. Micozzie-Aguirre_
_____
Magisterial District Judge Kelly A. Micozzie-Aguirre

I certify that this is a true and correct copy of the record of the proceedings containing the judgment.

_____
Date

_____
Magisterial District Judge

ALLY FINANCIAL INC.
v.
Jason Veriabo

Docket No.: MJ-32252-CV-0000254-2018

# Participant List

### Private(s)

Brian J Fenters, Esq.
201 S Highland Ave
Ste 201
Pittsburgh, PA  15206

Attorney Michael F. Ratchford, Esq.
Ratchford Law Group, PC
409 Lackawanna Ave Suite 320
Scranton, PA  18503

### Plaintiff(s)

ALLY FINANCIAL INC.
500 Woodward Ave
DETROIT, MI  48226

### Defendant(s)

Jason Veriabo
207 N Bishop Ave
Clifton Heights, PA  19018

# EXHIBIT E



THE LAW FIRM OF
# FENTERS WARD
A I M   T O   W I N

BRIAN FENTERS, ESQ.
JOSHUA WARD, ESQ.

MANAGING PARTNERS

201 SOUTH HIGHLAND AVE., SUITE 201
PITTSBURGH, PA 15206

412-545-3016 OFFICE
412-540-3399   FAX

SEPTEMBER 16, 2019

*SENT VIA FIRST CLASS MAIL*

EQUIFAX
P.O. BOX 740241
ATLANTA, GA  30374

RE:   **FCRA — NOTICE OF DISPUTED TRADE LINE - 15 U.S.C.A. 1681I (A)(2).**
    NAME:        JASON VERIABO
    ADDRESS:    207 N BISHOP AVENUE
                     CLIFTON HEIGHTS, PA 19018
    DOB:
    SSN:
    FURNISHER:  ALLY FINANCIAL - $7,731.28

TO WHOM IT MAY CONCERN:

    PLEASE BE ADVISED THAT THE LAW FIRM OF FENTERS WARD REPRESENTS THE ABOVE-NAMED CLIENT, AS ATTORNEY-IN-FACT, AND DULY AUTHORIZED AGENT, WITH RESPECT TO A DEBT-COLLECTION LAWSUIT.  THIS LETTER SHALL SERVE AS FORMAL NOTIFICATION OF THE CONSUMER'S DISPUTE OF THE ASSOCIATED TRADE LINE REFERENCED IN THE SUBJECT LINE HEREINABOVE.

    WE HAVE NOTIFIED THE CREDITOR AND/OR FURNISHER OF THIS DISPUTE NOTICE, AND HAVE DISPUTED THE VALIDITY OF THE OBLIGATION IN ITS ENTIRETY WITH THE FURNISHER/CREDITOR.

    AS A CREDIT REPORTING AGENCY, YOU MUST AGAIN NOTIFY THE FURNISHER OF THE DISPUTE.  BE ADVISED THAT WE EXPECT TO PREVAIL IN THE UNDERLYING LAWSUIT, AND OBTAIN A FINAL COURT ORDER RENDERING THE ALLEGED OBLIGATION UNENFORCEABLE, INVALID, AND NON-EXISTENT.  THEREFORE, THE FURNISHER HAS A DUTY TO REMOVE THE TRADE LINE FROM OUR CLIENT'S CREDIT REPORT AT THAT TIME.  SHOULD THE FURNISHER FAIL TO REMOVE THE TRADE LINE, WE WILL FILE A CIVIL LAWSUIT AGAINST THE FURNISHER, PURSUANT TO 15 U.S.C.A. §§ 1681S–2(B), 1681(N) AND (O).

    **KINDLY NOTIFY THE FURNISHER OF THE CONSUMER'S DISPUTE PURSUANT TO 15 U.S.C.A. 1681I (A)(2).**  THANK YOU FOR YOUR ANTICIPATED COOPERATION IN THIS MATTER.

                                 VERY TRULY YOURS,

                                 _____

                                 JOSHUA P. WARD, ESQUIRE
                                 JWARD@FENTERSWARD.COM
                                 (412) 545-3015

JPW/CAF



THE LAW FIRM OF
# FENTERS WARD
A I M   T O   W I N

BRIAN FENTERS, ESQ.
JOSHUA WARD, ESQ.

MANAGING PARTNERS

201 SOUTH HIGHLAND AVE., SUITE 201
PITTSBURGH, PA 15206

412-545-3016 OFFICE
412-540-3399   FAX

SEPTEMBER 16, 2019

*SENT VIA FIRST CLASS MAIL*

EXPERIAN
P.O. BOX 2002
ALLEN, TX 75013

RE:   **FCRA — NOTICE OF DISPUTED TRADE LINE - 15 U.S.C.A. 1681I (A)(2).**
    <u>NAME</u>:           JASON VERIABO
    <u>ADDRESS</u>:     207 N BISHOP AVENUE
                       CLIFTON HEIGHTS, PA 19018
    <u>DOB</u>:
    <u>SSN</u>:
    <u>FURNISHER</u>:   ALLY FINANCIAL - $7,731.28

TO WHOM IT MAY CONCERN:

    PLEASE BE ADVISED THAT THE LAW FIRM OF FENTERS WARD REPRESENTS THE ABOVE-NAMED CLIENT, AS ATTORNEY-IN-FACT, AND DULY AUTHORIZED AGENT, WITH RESPECT TO A DEBT-COLLECTION LAWSUIT. THIS LETTER SHALL SERVE AS FORMAL NOTIFICATION OF THE CONSUMER'S DISPUTE OF THE ASSOCIATED TRADE LINE REFERENCED IN THE SUBJECT LINE HEREINABOVE.

    WE HAVE NOTIFIED THE CREDITOR AND/OR FURNISHER OF THIS DISPUTE NOTICE, AND HAVE DISPUTED THE VALIDITY OF THE OBLIGATION IN ITS ENTIRETY WITH THE FURNISHER/CREDITOR.

    AS A CREDIT REPORTING AGENCY, YOU MUST AGAIN NOTIFY THE FURNISHER OF THE DISPUTE. BE ADVISED THAT WE EXPECT TO PREVAIL IN THE UNDERLYING LAWSUIT, AND OBTAIN A FINAL COURT ORDER RENDERING THE ALLEGED OBLIGATION UNENFORCEABLE, INVALID, AND NON-EXISTENT. THEREFORE, THE FURNISHER HAS A DUTY TO REMOVE THE TRADE LINE FROM OUR CLIENT'S CREDIT REPORT AT THAT TIME. SHOULD THE FURNISHER FAIL TO REMOVE THE TRADE LINE, WE WILL FILE A CIVIL LAWSUIT AGAINST THE FURNISHER, PURSUANT TO 15 U.S.C.A. §§ 1681S–2(B), 1681(N) AND (O).

    **KINDLY NOTIFY THE FURNISHER OF THE CONSUMER'S DISPUTE PURSUANT TO 15 U.S.C.A. 1681I (A)(2).** THANK YOU FOR YOUR ANTICIPATED COOPERATION IN THIS MATTER.

                  VERY TRULY YOURS,

                  _____

                  JOSHUA P. WARD, ESQUIRE
                  JWARD@FENTERSWARD.COM
                  (412) 545-3015

JPW/CAF



**THE LAW FIRM OF**
# FENTERS WARD
A I M   T O   W I N

BRIAN FENTERS, ESQ.
JOSHUA WARD, ESQ.

MANAGING PARTNERS

201 SOUTH HIGHLAND AVE., SUITE 201
PITTSBURGH, PA 15206

412-545-3016 OFFICE
412-540-3399   FAX

SEPTEMBER 16, 2019

*SENT VIA FIRST CLASS MAIL*

TRANSUNION
P.O. BOX 1000
CHESTER, PA 19022

RE:   **FCRA — NOTICE OF DISPUTED TRADE LINE - 15 U.S.C.A. 1681I (A)(2).**
    NAME:        JASON VERIABO
    ADDRESS:    207 N BISHOP AVENUE
                     CLIFTON HEIGHTS, PA 19018
    DOB:
    SSN:
    FURNISHER:  ALLY FINANCIAL - $7,731.28

TO WHOM IT MAY CONCERN:

    PLEASE BE ADVISED THAT THE LAW FIRM OF FENTERS WARD REPRESENTS THE ABOVE-NAMED CLIENT, AS ATTORNEY-IN-FACT, AND DULY AUTHORIZED AGENT, WITH RESPECT TO A DEBT-COLLECTION LAWSUIT. THIS LETTER SHALL SERVE AS FORMAL NOTIFICATION OF THE CONSUMER'S DISPUTE OF THE ASSOCIATED TRADE LINE REFERENCED IN THE SUBJECT LINE HEREINABOVE.

    WE HAVE NOTIFIED THE CREDITOR AND/OR FURNISHER OF THIS DISPUTE NOTICE, AND HAVE DISPUTED THE VALIDITY OF THE OBLIGATION IN ITS ENTIRETY WITH THE FURNISHER/CREDITOR.

    AS A CREDIT REPORTING AGENCY, YOU MUST AGAIN NOTIFY THE FURNISHER OF THE DISPUTE. BE ADVISED THAT WE EXPECT TO PREVAIL IN THE UNDERLYING LAWSUIT, AND OBTAIN A FINAL COURT ORDER RENDERING THE ALLEGED OBLIGATION UNENFORCEABLE, INVALID, AND NON-EXISTENT. THEREFORE, THE FURNISHER HAS A DUTY TO REMOVE THE TRADE LINE FROM OUR CLIENT'S CREDIT REPORT AT THAT TIME. SHOULD THE FURNISHER FAIL TO REMOVE THE TRADE LINE, WE WILL FILE A CIVIL LAWSUIT AGAINST THE FURNISHER, PURSUANT TO 15 U.S.C.A. §§ 1681S–2(B), 1681(N) AND (O).

    **KINDLY NOTIFY THE FURNISHER OF THE CONSUMER'S DISPUTE PURSUANT TO 15 U.S.C.A. 1681I (A)(2).** THANK YOU FOR YOUR ANTICIPATED COOPERATION IN THIS MATTER.

                     VERY TRULY YOURS,

                     _____

                     JOSHUA P. WARD, ESQUIRE
                     JWARD@FENTERSWARD.COM
                     (412) 545-3015

JPW/CAF

**Firm Mailing Book For Accountable Mail**

**UNITED STATES POSTAL SERVICE ®**

Name and Address of Sender

The Law Firm of Fenters Ward
201 S Highland Avenue, Ste 201
Pittsburgh, PA 15206

Check type of mail or service

☐ Adult Signature Required
☐ Adult Signature Restricted Delivery
☐ Certified Mail
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery (COD)
☐ Insured Mail
☐ Priority Mail
☐ Priority Mail Express
☐ Registered Mail
☐ Return Receipt for Merchandise
☐ Signature Confirmation
☐ Signature Confirmation Restricted Delivery

Affix Stamp Here
(for additional copies of this receipt).
Postmark with Date of Receipt.

09/16/2019

| | Addressee (Name, Street, City, State, & ZIP Code™) | USPS Tracking/Article Number | Postage | (Extra Service) Fee | Handling Charge | Actual Value if Registered | Insured Value | Due Sender if COD | ASR Fee | ASRD Fee | RD Fee | RR Fee | SC Fee | SCRD Fee | SH Fee |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1. | TRANSUNION, LLC<br>P. O. BOX 1000<br>CHESTER, PA 19022<br><br>JAMES VERIABO<br>CV-254 CRA Dispute | | | | | | | | | | | | | | |
| 2. | EQUIFAX INFORMATION SERVICES, INC.<br>P. O. BOX 740241<br>ATLANTA, GA 30374<br><br>James VERIABO<br>CV-254 CRA Dispute | | | | | | | | | | | | | | |
| 3. | EXPERIAN INFORMATION SERVICES, LLC<br>P. O. BOX 2002<br>ALLEN, TX 75013<br><br>JAMES VERIABO<br>CV-254 CRA Dispute | | | | over $50,000 in value | | | | | | | | | | |
| 7. | | | | | Handling Ch | | | | | | | | | | |
| 8. | | | | | | | | | | | | | | | |

| Total Number of Pieces Listed by Sender | Total Number of Pieces Received at Post Office | Postmaster, Per (Name of receiving employee) |
|---|---|---|
| 3877 | Six (6) | |

Complete in Ink

PS Form **3877**, January 2017 (Page 1 of 2)
PSN 7530-02-000-9098

Privacy Notice: For more information on USPS privacy policies, visit usps.com/privacypolicy.

# CONFIDENTIAL
# DOCUMENT FORM



*Case Records Public Access Policy of the Unified Judicial System of Pennsylvania*
204 Pa. Code § 213.81
www.pacourts.us/public-records

JASON VERIABO
_____
(Party name as displayed in case caption)

GD-20-012346
_____
Docket/Case No.

Vs.

ALLY FINANCIAL, INC.
_____
(Party name as displayed in case caption)

Common Pleas Allegheny
_____
Court

This form is associated with the pleading titled COMPLAINT, dated February 11, 2022.

Pursuant to the *Case Records Public Access Policy of the Unified Judicial System of Pennsylvania,* the Confidential Document Form shall accompany a filing where a confidential document is required by law, ordered by the court, or is otherwise necessary to effect the disposition of a matter. This form shall be accessible to the public, however the documents attached shall not be publicly accessible, except as ordered by a court. The documents attached will be available to the parties, counsel of record, the court, and the custodian. **Please only attach documents necessary for the purposes of this case.** Complete the entire form and check all that apply. This form and any additional pages must be served on all unrepresented parties and counsel of record.

| Type of Confidential Document | Paragraph, page, etc. where the confidential document is referenced in the filing: |
|---|---|
| ☒ Financial Source Documents | |
| ☐ Tax Returns and schedules | |
| ☐ W-2 forms and schedules including 1099 forms or similar documents | |
| ☐ Wage stubs, earning statements, or other similar documents | |
| ☐ Credit card statements | |
| ☒ Financial institution statements (e.g., investment/bank statements) | Exhibit F |
| ☐ Check registers | |
| ☐ Checks or equivalent | |
| ☐ Loan application documents | |
| ☐ Minors' educational records | |
| ☐ Medical/Psychological records | |
| ☐ Children and Youth Services' records | |
| ☐ Marital Property Inventory and Pre-Trial Statement as provided in Pa.R.C.P. No. 1920.33 | |
| ☐ Income and Expense Statement as provided in Pa.R.C.P. No. 1910.27(c) | |
| ☐ Agreements between the parties as used in 23 Pa.C.S. §3105 | |

I certify that this filing complies with the provisions of the *Case Records Public Access Policy of the Unified Judicial System of Pennsylvania* that require filing confidential information and documents differently than non-confidential information and documents.

*/s/ Joshua P. Ward*
_____
Signature of Attorney or Unrepresented Party

02/11/22
_____
Date

Name: Joshua P. Ward
_____

Address: 201 South Highland Avenue, Suite 201
_____

Pittsburgh, PA 15206
_____

Attorney Number: (if applicable) 320347
_____

Telephone: (412) 545-3015
_____

Email: jward@jpward.com
_____

Rev. 7/2018

**IN THE COURT OF COMMON PLEAS OF ALLEGHENY COUNTY, PENNSYLVANIA**

JASON VERIABO,

    *Plaintiff*,

    vs.

ALLY FINANCIAL, INC.,

    *Defendant*.

CIVIL DIVISION

**ELECTRONICALLY FILED**

Case No. GD-20-012346

**CONFIDENTIAL EXHIBIT TO COMPLAINT IN CIVIL ACTION EXHIBIT F**

Filed on Behalf of Plaintiff:
Jason Veriabo

Counsel of Record for this Party:
**J.P. WARD & ASSOCIATES, LLC**

Joshua P. Ward
Pa. I.D. No. 320347

John V. Moore
Pa. I.D. No. 87333

J.P. Ward & Associates, LLC
The Rubicon Building
201 South Highland Avenue
Suite 201
Pittsburgh, PA 15206

| | |
|---|---|
| Telephone: | (412) 545-3015 |
| Fax No.: | (412) 540-3399 |
| E-mail: | jward@jpward.com |

EXHIBIT F

File Number:     365087202          Page 4 of 5
Date Issued:     10/12/2019

# Your Investigation Results

**INVESTIGATION RESULTS - DISPUTED INFORMATION UPDATED AND OTHER INFORMATION UPDATED:  A change was made to the item(s) based on your dispute and other information has also changed.**

**ALLY FINANCIAL #2092426\*\*\*\*** ( P.O. BOX 380901, BLOOMINGTON, MN 55438, (888) 925-2559 )
We investigated the information you disputed and updated: **High Balance; Past Due; Terms; Remarks; Rating; Payment Received.**  Here is how this item appears on your credit report following our investigation.

| | | | | | |
|---|---|---|---|---|---|
| Date Opened: | 07/08/2016 | Balance: | $0 | Pay Status: | >Account paid in Full; was a Charge-off< |
| Responsibility: | Individual Account | Date Updated: | 05/25/2017 | | |
| Account Type: | Installment Account | Payment Received: | 03/22/2017 ($0) | Terms: | $0 per month, paid Monthly for 72  months |
| Loan Type: | AUTOMOBILE | Last Payment Made: | 03/22/2017 | | |
| | | High Balance: | $14,100 | Date Closed: | 05/25/2017 |
| | | Original Charge-off: | $7,731 | | >Maximum Delinquency of 60 days in 04/2017< |

Remarks: DISP INVG COMP-CONSUM DISAGRS; >SETTLED-LESS THAN FULL BLNC<; >PAID IN FULL/WAS A CHARGE OFF<
**Estimated month and year that this item will be removed: 01/2024**

| | 04/2017 | 03/2017 | 02/2017 | 01/2017 | 12/2016 | 11/2016 | 10/2016 | 09/2016 |
|---|---|---|---|---|---|---|---|---|
| Rating | 60 | 30 | 30 | OK | OK | 30 | OK | OK |